ORDERED UNSEALED on 10/18/2024 s/ BreanneC

~~SEALED~~

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Benito LOPEZ,<br>Defendant. | Case No.: **24mj3776**<br><u>COMPLAINT FOR VIOLATION OF:</u><br>21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Cocaine;<br>18 U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm; and<br>18 U.S.C. §924(c)(1) - Possession of a Firearm in Furtherance of a Drug Trafficking Crime |

The undersigned complainant being duly sworn states:

<u>COUNT ONE</u>

On or about August 30, 2024, within the Southern District of California, Defendant Benito LOPEZ did knowingly and intentionally possess with intent to distribute 500 grams and more, to wit: approximately 2.13 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, and in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT TWO</u>

On or about August 30, 2024, within the Southern District of California, defendant Benito LOPEZ, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a loaded Smith and Wesson .40 caliber SW40VE handgun serial number RBZ8535; in violation of Title 18, United States Code, Section 922(g)(1).

//

COUNT THREE

On or about August 30, 2024, within the Southern District of California, defendant Benito LOPEZ, in furtherance of a drug trafficking crime, namely possession with intent to distribute cocaine as charged in Count One, did knowingly possess a firearm, to wit: a loaded .40 caliber Smith & Wesson handgun bearing serial number SW40VE; in violation of Title 18, United Sates Code, Section 924(c)(1).

Isabella Cerroni, Special Agent
Drug Enforcement Administration

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 4 day of October 2024.

HON. STEVE B. CHU
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On August 30, 2024, Officers with San Diego Police Department's (SDPD) Gang Suppression Unit were conducting surveillance near 4232 Winona Avenue, Apartment #2, San Diego, California (the "Residence"), which is within the Southern District of California. At the time of surveillance, the Officers were aware that Benito LOPEZ was a convicted felon and on probation with an active fourth waiver out of San Diego County. Based on their investigation, the Officers believed LOPEZ shared the Residence with his girlfriend, A.T., and their two children.

At approximately 5:25 p.m., Officers observed A.T. and a woman appearing to be A.T.'s mother, arrive at the Residence in a black BMW SUV bearing California license plate 8WQT961. A records check revealed the BMW is registered to A.T.

Between 5:25 p.m. and 6:10 p.m., Officers observed LOPEZ exit the Residence and conduct at least three hand-to-hand transactions with unidentified drivers of three different vehicles. During each transaction, Officers observed LOPEZ carrying a small white object in his left hand, hand it to the person with his right hand, and receive what appeared to be money from the person afterwards. After each transaction, Officers observed the vehicles depart the area and LOPEZ walk back to the Residence.

At approximately 6:30 p.m., Officers observed LOPEZ and A.T. load two children into the BMW and drive southbound out of the alley of the Residence with LOPEZ as the driver. Officers observed the BMW drive westbound on Orange Avenue and not come to a complete stop at the stop sign located at Orange Avenue and Menlo Avenue, in violation of California Vehicle Code §22450. Based on that violation, Officers conducted a traffic stop of the BMW.

During the traffic stop, Officers positively identified LOPEZ as the driver and A.T. as the only other adult passenger in the BMW. There was also a one-year-old boy and a two-year-old girl in the BMW. Officers detained LOPEZ and A.T. and removed them from the vehicle. LOPEZ and A.T. were identified as the parents of the two children in the BMW.

Officers conducted a search of LOPEZ and the BMW pursuant to the active fourth waiver, which LOPEZ had as a condition of his probation. A search of LOPEZ revealed $760.00 in cash. No contraband was found on LOPEZ or in the BMW. As the search was being conducted, Officers spoke with A.T.. She confirmed that she lives in the basement bedroom of the Residence with her boyfriend (LOPEZ). Officers advised LOPEZ and A.T. they would be conducting a search of the Residence pursuant to LOPEZ's active fourth waiver condition. After being so advised, LOPEZ and A.T. both denied that LOPEZ lived at the Residence.

During a search of the Residence, Officers encountered three people who were subsequently taken into custody and removed from the Residence. The downstairs bedroom—where A.T. advised officers she lived with LOPEZ—was searched. It contained two cribs and children's toys. The downstairs bedrooms also contained several documents and items bearing LOPEZ's name. Officers also found bags in the bedroom closet which contained evidence of drug distribution and other contraband. First, an Adidas bag was found to contain a brick-shaped object of white powdery substance that field tested positive for the presence of cocaine. In a different pink bag, officers found to approximately $8,479.00 in cash. In a third bag, described as a tan backpack, officers found a gallon-sized plastic bag of tightly-packed white powder that field tested positive for the presence of cocaine, a plastic baggie containing a wafer-shaped rock-like substance that was not field tested, and approximately $50,000.00 in cash. In a fourth bag, described as a gray satchel, officers found a Smith and Wesson .40 caliber SW40VE handgun, bearing serial number RBZ8535, loaded with approximately 13 rounds of ammunition.

In addition to the items found in LOPEZ and A.T.'s bedroom closet, other evidence of drug distribution was found within the bedroom. Officers located multiple bags containing white residue, multiple scales with white residue in plain sight on a TV stand, and multiple small plastic baggies and cell phones found throughout the room.

While conducting a search of the Residence, officers on-scene with LOPEZ and A.T. conducted a secondary search of the BMW. During that search, officers located

several additional plastic baggies which contained two golf-ball sized plastic bindles containing white chunky substance and white powdery substance, both of which were concealed within a bag that was previously empty inside the BMW. LOPEZ and A.T. were arrested for controlled substance and child endangerment offenses. LOPEZ was additionally arrested for unlawful firearm possession.

While being booked and processed by police, LOPEZ spontaneously stated to Officers, "it is all mine." LOPEZ elected not to waive his *Miranda* rights and not make additional statements. A.T. did waive *Miranda* and was interviewed. During that interview, A.T. admitted that she hid the plastic baggies containing white residue from officers prior to the initial search of the BMW and that she then tried to hide them in the BMW when allowed back inside to take care of the kids. Further, A.T. stated as officers were approaching the BMW during the traffic stop, LOPEZ threw the baggies containing the white substance at her, which she then hid in her pants to hide from the police. The baggies that she hid were the baggiesofficers later found during their second search of the car. Additionally, A.T. stated that all the guns and narcotics in the Residence belong to LOPEZ and that she is aware LOPEZ sells drugs out of the Residence.

Records checks on LOPEZ revealed the following criminal history:

| Conviction Date | Court of Conviction | Charge | Imprisonment |
|---|---|---|---|
| 07/12/2023 | CASC – El Cajon | Cal. P.C. §25850(a) – Carrying a Loaded Firearm in Vehicle<br><br>Cal. P.C. 25850(c)(2) – Stolen Firearm | 365 Days Prison |
| 02/06/2024 | CASC – San Diego | Cal. H&S §11351- Possession of Cocaine for Sale | 365 Days Prison |

The firearm was seized and inspected. Preliminary checks revealed that the firearm

was not manufactured in California, therefore, it traveled in and/or affected interstate commerce to be seized in California. The total money recovered was approximately $59,246 US Currency. The total weight of the substances that field tested positive for the presence of cocaine recovered from the BMW and the Residence was approximately 2.13 kilograms.

Based on my training and experience, the amount of cocaine seized from LOPEZ's bedroom in the Residence is a distributable quantity. This conclusion is based upon a review of the totality of the evidence seized, which includes LOPEZ's possession of a large quantity of cash, multiple scales, larger bricks of cocaine separated into smaller baggies, which is consistent with distribution of controlled substances in smaller quantities and receiving cash proceeds in return. In my experience, individuals involved in drug trafficking will frequently possess a firearm to protect themselves, their drugs, and proceeds from drug sales. In this case, the firearm was stored by LOPEZ in the same closet with illegal narcotics and a large amount of cash, which is consistent with my experience regarding the relationship between narcotics distribution and firearms.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.